## John Meizis and Amelia Meizis, Appellants, v. Joseph Domeikis et al. Charles Miller, Appellee.

### Gen. No. 41,577.

opinion filed February 26, 1941. Irving S. Abrams and Harry S. Jacobs, for appellants; Irving S. Abrams, of counsel; Philip A. Weinstein, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''